JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAS PHOTOGRAPHY, INC., | CV 24-6163 PA (AGRx) |
| Plaintiff, | AMENDED JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| SANGASONG LLC, | |
| Defendant. | |

Pursuant to this Court's October 24, 2024 Minute Order granting the Motion for Default Judgment filed by plaintiff Evas Photography, Inc. ("Plaintiff") against defendant SangaSong LLC ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall recover from Defendant the amount of $6,192.98 (consisting of $5,000 in statutory Copyright damages, $700 in attorneys' fees, and $492.98 in costs);

2. Defendant is permanently enjoined from distributing, publishing, displaying, or otherwise infringing the copyright of Plaintiff's image of Harry Styles with Registration No. VA 2-311-865, as alleged and depicted in the Complaint, without the consent of Plaintiff; and

3. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

1  The Clerk is ordered to enter this Judgment and Permanent Injunction.

2

3  DATED: October 25, 2024

4  _____
   Percy Anderson
   UNITED STATES DISTRICT JUDGE